# ALABAMA COURT OF CRIMINAL APPEALS



November 21, 2025

**CR-2024-0853**
Jimmie Tyus, Jr. v. State of Alabama (Appeal from Dallas Circuit Court: CC-18-198)

## <u>NOTICE</u>

You are hereby notified that on November 21, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk